**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LLOYD MIDDLETON, JIM WING, and all others similarly situated,**

        **Plaintiffs,**

-vs-                                            **Case No. 6:13-cv-386-Orl-18KRS**

**SONIC BRANDS L.L.C.,**

        **Defendant.**
_____

# ORDER

This case is before the Court on the Joint Motion to Approve Revised Settlement and Dismiss with Prejudice (Doc. No. 21) filed July 25, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. That the Report and Recommendation filed August 22, 2013 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. The Court finds the Settlement Agreement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act issues.

    3. The Joint Motion to Approve Revised Settlement and Dismiss with Prejudice (Doc. No. 21) is **GRANTED**.

    4.    Counsel for Plaintiffs is prohibited from withholding any amounts payable to Plaintiffs under the settlement agreement pursuant to a contingent fee agreement or otherwise.

    5.    Counsel for Plaintiffs shall provide a copy of this Order to Plaintiffs.

    6.    This case is dismissed with prejudice.

    7.    The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 10th day of September, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record